**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
William J. Caldarelli, Esq. (Bar No. 149573)
3398 Carmel Mountain Road, Suite 250
San Diego, CA 92121
Tel: (858) 720-8080
Email: wjc@chpllaw.com

**IPLA, LLP**
John M. Kim (Bar No. 188997)
Joshua J. Richman (Bar. No. 243147)
Benjamin S. White (Bar No. 279796)
650 California Street, Floor 7
San Francisco, CA 94108
Tel: (858) 272-0220
Email: jkim@ipla.com
Email: jrichman@ipla.com
Email: bwhite@ipla.com

*Attorneys for Plaintiff Amarte USA Holdings, Inc.*

**LEWIS & LLEWELLYN LLP**
Paul T. Llewellyn (Bar No. 216887)
Nathalie Fayad (Bar No. 312619)
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 800-0590
Email: pllewellyn@lewisllewellyn.com
Email: nfayad@lewisllewellyn.com

*Attorneys for Defendant JLO Holding Company, LLC*

**LATHAM & WATKINS LLP**
Jennifer L. Barry (Bar No. 228066)
12670 High Bluff Drive
San Diego, CA 92130
Tel: (858) 523-5400
Email: jennifer.barry@lw.com

**LATHAM & WATKINS LLP**
David J. Schindler (Bar No. 130490)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
Email: david.schindler@lw.com

*Attorneys for Defendants Ascendant Beauty, LLC; Guthy-Renker, LLC; and Sephora USA, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMARTE USA HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ASCENDANT BEAUTY, LLC, et al., <br><br> Defendants. | Case No. 3:21-cv-01993-RS <br><br> **STIPULATED REQUEST TO EXTEND THE CASE SCHEDULE; ORDER** <br> **AS MODIFIED BY THE COURT** |

CASE NO. 3:21-cv-01993-RS
STIPULATION AND [PROPOSED] ORDER

Plaintiff Amarte USA Holdings, Inc., on the one hand, and Defendants Ascendant Beauty, LLC, Guthy-Renker LLC, JLO Holding Company, LLC, and Sephora USA, Inc., on the other hand, respectfully submit this Stipulated Request to Extend the Case Schedule, with reference to the following facts:

1. On June 24, 2021, the Court issued an Initial Case Management Scheduling Order (Dkt. No. 39; the "Scheduling Order") setting the case schedule for this action.

2. The Parties have engaged in good faith settlement negotiations in an attempt to resolve this dispute on mutually agreeable terms.

3. As a result of those negotiations, the Parties have reached an agreement in principle to completely resolve this action.

4. The Parties are working diligently to finalize and memorialize the settlement agreement, and desire to do so without incurring unnecessary burdens or expenses in the meantime.

5. The Scheduling Order provides a deadline of January 10, 2022, by which the Parties are to complete all non-expert discovery, with the schedule for expert witnesses, pretrial motions, and trial following thereafter.

6. The Parties respectfully submit that good cause exists for the Court to extend the case schedule by approximately 90 days, as reflected in the table below, thereby allowing the Parties to focus their efforts on expeditiously finalizing the settlement and resolving this action without unnecessarily expending significant resources on taking and completing discovery in advance of the approaching January 10 cut-off date:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Close of Fact Discovery | January 10, 2022 | April 11, 2022 |
| Further Case Management Conference | January 20, 2022 | April 21, 2022 |
| Affirmative Expert Designations | February 11, 2022 | May 13, 2022 |
| Supplemental/Rebuttal Expert Designations | March 11, 2022 | June 10, 2022 |
| Close of Expert Discovery | April 15, 2022 | July 15, 2022 |
| Pretrial Motions Due | June 23, 2022 | September 22, 2022 |

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Final Pretrial Conference | September 21, 2022 | January 4, 2023 |
| Trial | October 3, 2022 | January 17, 2023 |

**IT IS SO STIPULATED.**

Dated: December 2, 2021

**IPLA, LLP**

By:  /s/ Benjamin S. White
    John M. Kim
    Joshua J. Richman
    Benjamin S. White

**CALDARELLI HEJMANOWSKI PAGE & LEER, LLP**
    William J. Caldarelli

*Attorneys for Plaintiff Amarte USA Holdings, Inc.*

Dated: December 2, 2021

**LEWIS & LLEWELLYN LLP**

By:  /s/ Paul T. Llewellyn
    Paul T. Llewellyn

*Attorneys for Defendant JLO Holding Company, LLC*

Dated: December 2, 2021

**LATHAM & WATKINS LLP**

By:  /s/ Jennifer L. Barry
    Jennifer L. Barry
    David J. Schindler

*Attorneys for Defendants Ascendant Beauty, LLC; Guthy-Renker, LLC; and Sephora USA, Inc.*

# ATTESTATION

I, Jennifer L. Barry, am the ECF user whose identification and password are being used to file this document. Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 2, 2021

*/s/ Jennifer L. Barry*
Jennifer L. Barry

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/2/2021

THE HONORABLE RICHARD SEEBORG
Chief United States District Judge